**Kenneth B. HOLTON, Appellant,**

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

**COMMONWEALTH of Pennsylvania,
Appellee**

v.

**Bernard McGILL, Appellant.**

Supreme Court of Pennsylvania.

Submitted July 22, 1999.
Decided Sept. 29, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.